UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

YEON O. SONG,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C19-5712 MLP

ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This matter comes before the Court upon Plaintiff's application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff's IFP application indicates that Plaintiff's spouse receives a net monthly salary of $4,500.00, or approximately $54,000.00 a year. (*Id.* at 1.) It also indicates that Plaintiff's expenses include, among other costs, monthly church donations of $400.00 and transportation costs of $450.00. (*Id.* at 2.)

After careful consideration of Plaintiff's IFP application, the governing law and the balance of the record, the Court DENIES Plaintiff's IFP application (dkt. # 1) because the Court finds that Plaintiff has sufficient funds to afford the filing fee. Plaintiff shall pay the applicable filing fee within thirty (30) days of the date of this Order, or this case shall be dismissed. The

\\

ORDER DENYING APPLICATION TO PROCEED
IN FORMA PAUPERIS - 1

Clerk of the Court is directed to send copies of this Order to the parties.

Dated this 7th day of August, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge