# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| YEON O. SONG,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Civil No. 3:19-CV-05712-MLP<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for a period of disability and disability insurance benefits under Title II of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings. On remand, the Administrative Law Judge will (1) develop the record regarding the demands of Plaintiff's past relevant work; (2) reevaluate Plaintiff's ability to return to her past relevant work, obtaining vocational expert testimony as warranted; and (3) resolve any conflicts between the Dictionary of Occupational Titles and the vocational expert testimony, if necessary.

IT IS FURTHER ORDERED that the Clerk will enter judgment pursuant to this order.

This remand should be made pursuant to sentence four of 42 U.S.C. § 405(g), and Plaintiff should be entitled to reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 17th day of January, 2020.

MICHELLE L. PETERSON
United States Magistrate Judge

1

2

3
Presented by:

4
s/ Justin L. Martin
JUSTIN L. MARTIN
5
Special Assistant U.S. Attorney
Office of the General Counsel
6
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
7
Seattle, WA 98104-7075
Telephone: (206) 615-3735
8
Fax: (206) 615-2531
justin.l.martin@ssa.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24